UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Eric A. Barker,

    **Plaintiff,**

vs.

                                                    Case No.: 8:08-cv-484-T-33MAP

R.T.G. Furniture Corp.,
d/b/a/ ROOMS TO GO,

    **Defendant.**
_____/

## ENTRY OF JUDGMENT

On June 22, 2009, the Court issued an Order (the "Summary Judgment Order," Doc. 39) granting Defendant's Motion for Summary Judgment (Doc. 20). Under Fed. R. Civ. P. 58, a separate entry of judgment is appropriate in this case.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

Through entry of the Summary Judgment Order, the Court found in favor of Defendant and denied all relief to Plaintiff. The **CLERK** is therefore **DIRECTED** to enter judgment in favor of Defendant.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 21st day of July 2009.

                                                       VIRGINIA M. HERNANDEZ COVINGTON
                                                       UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record